UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIV. A. NO. 08-23317-CIV-LENARD

| | |
|---|---|
| CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF MIAMI BEACH, Individually and On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>ARACRUZ CELULOSE S.A., CARLOS ALBERTO VIEIRA, CARLOS AUGUSTO LIRA AGUIAR, and ISAC ROFFE ZAGURAY,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ARACRUZ CELULOSE S.A.'S MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF
<u>THE FEDERAL SECURITIES LAWS</u>**

  Upon the accompanying memorandum of law, the Declaration of Glenn M. Kurtz, Esq. and the exhibits attached thereto, the Declaration of Gregory Lavelle, Esq. and the exhibit attached thereto, the Declaration of Ross Kaufman, Esq., as well as all prior proceedings herein, defendant Aracruz Celulose S.A. ("Aracruz") moves the Court for an Order, pursuant to the Private Securities Litigation Reform Act of 1995 as well as Rules 9(b), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Amended Class Action Complaint and for such other and further relief as the Court may deem just and proper.

NEWYORK 7395822 (2K)

Dated:  November 13, 2009

                    **WHITE & CASE LLP**

                    By: /s/ Rudolph F. Aragon
                    Glenn M. Kurtz (limited appearance
                    application to be filed)
                    Douglas P. Baumstein (limited
                    appearance application pending)
                    1155 Avenue of the Americas
                    New York, NY 10036-2787
                    (212) 819-8200

                    Rudolph F. Aragon
                    Fla. Bar No. 286249
                    raragon@whitecase.com
                    Jason N. Zakia
                    Fla. Bar No. 698121
                    jzakia@whitecase.com
                    200 South Biscayne Boulevard
                    Suite 4900
                    Miami, FL 33131
                    Telephone: (305) 995-5244
                    Facsimile: (305) 358-5744

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

Christopher Steven Jones
cjones@saxenawhite.com

Joseph E. White, III
jwhite@saxenawhite.com

Lester Rene Hooker
lhooker@saxenawhite.com

Maya Susan Saxena
msaxena@saxenawhite.com

SAXENA WHITE P.A.
2424 North Federal Highway
Suite 257
Boca Raton, Florida  33431


                                                                                /s/ Jason N. Zakia