UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIV. A. NO. 08-23317-CIV-LENARD/TURNOFF

| | |
|---|---|
| CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF MIAMI BEACH, Individually and On Behalf Of All Others Similarly Situated, <br><br>    Plaintiff,<br><br> v.<br><br>ARACRUZ CELULOSE S.A., CARLOS ALBERTO VIEIRA, CARLOS AUGUSTO LIRA AGUIAR, and ISAC ROFFE ZAGURY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE FOR INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff City Pension Fund for Firefighters and Police Officers in the City of Miami Beach and Defendants Carlos Alberto Vieira, Carlos Augusto Lira Aguiar and Isac Roffe Zagury (collectively, the "Individual Defendants") hereby submit this joint motion ("Joint Motion") to establish a briefing schedule concerning motions addressed to the Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint").  In support of the Joint Motion, Plaintiff and the Individual Defendants assert as follows:

  1.  Plaintiffs contend that they have effected service of process on the Individual Defendants.

  2.  Without conceding that service of process has been effected properly or that this Court has jurisdiction over them, and specifically reserving all such defenses, the Individual Defendants intend to make motions seeking dismissal of the Complaint (the "Motions to Dismiss").

3. The Individual Defendants and Plaintiff have conferred and agree that in the interests of judicial economy, briefing on the Motions to Dismiss should be coordinated and have agreed on proposed dates to submit briefing to the Court.

WHEREFORE, the Individual Defendants and Plaintiff jointly request that the Court enter an order establishing the following schedule concerning the Motions to Dismiss:

- The Individual Defendants shall file the Motions to Dismiss on or before October 15, 2010;

- Plaintiff shall file its opposition, if any, to the Motions to Dismiss on or before November 10, 2010;

- The Individuals Defendants shall file replies, if any, in further support of the Motions to Dismiss on or before December 9, 2010.

Dated: September 16, 2010

**SAXENA WHITE P.A.**

By: /s/ Christopher S. Jones
Maya Saxena
msaxena@saxenawhite.com
Joseph E. White III
jwhite@saxenawhite.com
Christopher S. Jones
cjones@saxenawhite.com
Lester R. Hooker
lhooker@saxenawhite.com
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: 561 394-3399
Fax: 561 394-3082

*Counsel for Lead Plaintiff City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*

**WHITE & CASE LLP**

By: /s/ Jason N. Zakia
Glenn M. Kurtz
Douglas P. Baumstein
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200

Rudolph F. Aragon (Fla. Bar No. 286249)
raragon@whitecase.com
Jason N. Zakia (Fla. Bar No. 698121)
jzakia@whitecase.com
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 995-5244
Facsimile: (305) 358-5744

*Counsel for Defendants Carlos Alberto Vieira and Carlos Augusto Lira Aguiar*

        **Smith International Legal Consultants, P.A.**

By: <u>/s/ Quinn Smith</u>
    Quinn Smith
    175 SW 7th St., Suite 2003
    Miami, FL 33130
    Tel: (305) 856-7723
    Fax: (786) 220-8361

*Counsel for Defendant Isac Roffe Zagury*

# CERTIFICATE OF SERVICE

I hereby certify that, on September 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

        /s/ Jason N. Zakia
Jason N. Zakia

*Counsel for Defendants Carlos Alberto Vieira and Carlos Augusto Lira Aguiar*

Maya Saxena **(via CM/ECF)**
msaxena@saxenawhite.com
Joseph E. White III **(via CM/ECF)**
jwhite@saxenawhite.com
Christopher S. Jones **(via CM/ECF)**
cjones@saxenawhite.com
Lester R. Hooker **(via CM/ECF)**
lhooker@saxenawhite.com
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: 561 394-3399
Fax: 561 394-3082

*Counsel for Lead Plaintiff City Pension Fund
for Firefighters and Police Officers in the
City of Miami Beach*

Quinn Smith **(via United States mail)**
175 SW 7th St., Suite 2003
Miami, FL 33130
Tel: (305) 856-7723
Fax: (786) 220-8361

*Counsel for Defendant Isac Roffe Zagury*

NEWYORK 7796282 (2K)