**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF MIAMI BEACH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ARACRUZ CELULOSE S.A., CARLOS ALBERTO VIEIRA, CARLOS AUGUSTO LIRA AGUIAR and ISAC ROFFE ZAGURY,

Defendants.

Case No. 08-23317-CIV-LENARD

## ORDER APPROVING SUPPLEMENTAL FINAL DISTRIBUTION OF NET SETTLEMENT FUND

WHEREAS, the Court-approved claims administrator for the settlement of the above-captioned action (the "Action"), Garden City Group, LLC ("GCG"), has distributed the Net Settlement Fund ("Fund") to eligible claimants pursuant to the Court's Order Approving Distribution of Settlement Fund dated July 10, 2014 (Dkt. No. 204); and

WHEREAS, after the initial distribution, as a result of uncashed checks, undeliverable checks, and returned/unwanted funds, on December 8, 2015, the Court entered an Order Approving Final Distribution of Net Settlement Fund, which permitted GCG to pay itself $49,669.96 in final payment of its fees and expenses, and authorized the cy pres distribution of $41,757.12 to five 501(c) charities (the "Final Distribution Order") (Dkt. No. 207); and

WHEREAS, after entry of the Final Distribution Order, on January 13, 2016, GCG received two checks from J.P. Morgan Chase for returned funds totaling $7,354.08 from two entities for whom J.P. Morgan Chase had filed claims on their behalf; and

WHEREAS, GCG has made seven attempts to contact J.P. Morgan Chase to determine why the funds were being returned so long after the initial distribution; and

WHEREAS, GCG has received no response from J.P. Morgan Chase, and therefore has deposited the $7,354.08 back into the Fund; and

WHEREAS, pursuant to the Court's July 10, 2014 Order, the Court "retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate"; and

WHREAS, under the July 10, 2014 Order, a redistribution of the remaining funds would not be feasible or economical, as the remaining amount constitutes less than 1% of the Cash Settlement Amount; and

WHEREAS, Lead Counsel seeks the Court's approval to donate the $7,354.08 to two secular, 501(c) charities;

NOW, THEREFORE, it is hereby ORDERED that:

(1) the $7,354.08 shall be donated, in the following amounts, to:

> $5,000.00 to Badge of Honor Memorial Foundation, 3824 Cedar Springs Road, Suite 367, Dallas, Texas, 75219, and
>
> $2,354.08 to Legal Services of Greater Miami, Inc., 3000 Biscayne Boulevard, Suite 500, Miami, Florida 33137; and

(2) the Court shall retain jurisdiction over any further application or matter which may arise in connection with this Action.

Dated: 2/26/16, ~~2016~~

[signature]

THE HONORABLE JOAN A. LENARD
UNITED STATES DISTRICT JUDGE